UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 25-13772-WGY

Arij A. Mousa
Plaintiff

v.

Joseph B. Edlow et al
Defendants

ORDER OF REMAND

YOUNG, D.J.

In accordance with the Court's Electronic Order dated May 27, 2026, the above-entitled action is hereby REMANDED to the U.S. Citizenship and Immigration Services (USCIS) for completion of the adjudication of Petitioner's Form N-400 – Application for Naturalization.

By the Court,

/s/ Matthew A. Paine

Deputy Clerk

May 27, 2026